**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMANDA DIGREGORY, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. 2-2:26-cv-00018 |
| U.S. HOUSE OF REPRESENTATIVES, | ) | |
| OFFICE OF CONGRESSMAN CHRIS | ) | |
| DELUZIO, | ) | |
| *Defendant.* | ) | |

**ORDER STAYING CASE**

This matter is before the Court on the parties' Joint Status Report requesting continuation of the stay granted by the court in response to their Joint Motion to Stay Proceedings, to permit time for the issuance of a settlement payment and Joint Stipulation of dismissal. Upon consideration, it is **ORDERED** that:

1. The parties' request in the Joint Status Report to continue the stay is **GRANTED**.
2. This matter continues to be **STAYED**.
3. The parties shall promptly notify the Court once the settlement payment has been issued and file a Joint Stipulation of dismissal.

**SO ORDERED,**

**Dated:** 10/13/26

William S. Stickman
Judge